UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20672-CIV-GRAHAM/O'SULLIVAN

ROSA QUIRCH, as Personal Representative
of the Estate of Sergio Morejon, deceased,
and as natural mother and legal guardian of
Amanda Morejon Quirch,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, INC.,
et al.,

    Defendants.
_____/

**ORDER**

THIS MATTER is before the Court on the Plaintiff's Motion to Compel Settlement as to Defendants, Wexford Health Sources, Inc., Nurse practitioner Marisa Caro, Laura Suarez, LPN, and Roger Browne, M.D. (DE# 179, 2/27/07). During the hearing on April 16, 2007, the parties agreed that the motion could be disposed of by order of the undersigned. Having carefully considered the motion, the Court file and applicable law, and having heard argument of counsel, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Compel Settlement as to Defendants, Wexford Health Sources, Inc., Nurse practitioner Marisa Caro, Laura Suarez, LPN, and Roger Browne, M.D. (DE# 179, 2/27/07) is GRANTED. The Court finds that the parties' correspondence created a contract of settlement that did not require the terms of the settlement to be confidential. The defendant's use of the term "request" did not make confidentiality a condition or counter-offer to the plaintiff's settlement demand. McIlmoil v. McIlmoil, 784 So. 2d. 557, 561 (Fla. 1st DCA 2001)

("[T]he unambiguous language is to be given a realistic interpretation based on the plain, every day meaning conveyed by the words.")

DONE AND ORDERED, in Chambers, at Miami, Florida this 16th day of April, 2006.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Graham
All counsel of record